Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
E-mail: mike@utahadaadvocates.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HB Boys, DBA<br>Burger King #11035,<br><br>　　　　Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:17-cv-00432-EJF<br><br>Assigned to Magistrate Judge Evelyn J. Furse |

NOTICE OF SETTLEMENT

　　　　PLEASE TAKE NOTICE that, Plaintiff, Samuel Burningham, and Defendant, HB Boys, DBA Burger King #11035, hereby give notice that they have resolved and agreed to settle this action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days. In conformance with DUCiv R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this action to while the Parties finalize the settlement documents.

**RESPECTFULLY SUBMITTED** on this 9th day of July, 2017.

/s/ Michael P. Studebaker
Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 9th day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF for filing and transmittal of NEF notices to all e-filing registrants and e-mailed the same to Defendant:

Richard M. Hymas
DURHAM JONES & PINEGAR, P.C.
111 S. Main St., Ste 2400
Salt Lake City, UT 84111
rhymas@djplaw.com
*Attorney for Defendant*

*by: SR*

2