STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| Sam Burningham,<br><br>    Plaintiff,<br><br>         v.<br><br>HB Boys DBA<br>Burger King #11035,<br><br>    Defendant, | NOTICE OF VOLUNTARY DISMISSAL<br><br>Civil No.: 2:17-cv-00432-EJF<br><br>Judge Evelyn J. Furse |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Sam Burningham, hereby voluntarily dismisses this action with prejudice.

/ / /

RESPECTFULLY SUBMITTED this July 25, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed a copy of the same to:

Ryan M. Hymas
**Durham Jones & Pinegar, P.C.**
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
rhymas@pjplaw.com
*Attorney for Defendant*